*William R. Lee* for appellant.

*Bartle Gorman* and *Stephen L. Waskiewicz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.

SALLY S. LINDSAY, Respondent, *v.* MORTON H. FRY et al., Copartners Doing Business under the Name of SCHOLLE BROTHERS, Appellants.

Argued June 11, 1937; decided July 13, 1937.

*George H. Richards* and *Matthew Hale* for appellants. *H. H. Nordlinger, Harold Riegelman* and *David B. Lefkowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.